UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARACELIS LIRANZO, et al.,

                    Plaintiffs,

   -v-

FEE TRANSPORTATION SERVICES, INC. d/b/a FROZEN
FOOD EXPRESS, et al.,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 10034 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement.  (Dkt. No. 4). On October 17, 2025, Plaintiffs Aracelis Liranzo and Benjamin Lopez ("Plaintiffs") filed this action in Bronx County Supreme Court against Fee Transportation Services, Inc., Frozen Food Express, and John Doe ("Defendants") involving Plaintiffs' alleged personal injuries sustained as a result of a motor vehicle collision on July 12, 2024.  (Dkt. No. 1-1 (the "Complaint")).  On December 3, 2025, in accordance with 28 U.S.C. § 1446, Defendants removed this action to the United States District Court for the Southern District of New York.  (Dkt. No. 1 (the "Notice of Removal")).

In the Notice of Removal, Defendants represented that Frozen Food Express is the d/b/a or FFE Transportation Services Inc.  (Dkt. No. 1).  light of this representation, the Clerk of Court is respectfully directed to revise the docket to combine Defendants Fee Transportation Services, Inc and Frozen Food Express, and indicate that Frozen Food Express is the d/b/a for Fee Transportation Services, Inc.

2

Further, given that the Complaint was served on Fee Transportation Services, Inc. on October 23, 2025, (Dkt. No. 1-2), Defendants' deadline to answer, move, or otherwise respond to the Complaint is **January 21, 2026**.  See Fed. R. Civ. P. 4(m).  Defendants are warned that failure to answer, move, or otherwise respond to the Complaint by **January 21, 2026** may result in the Court permitting Plaintiffs to initiate default proceedings against Defendants.

Dated:          New York, New York
                December 8, 2025

                                SO ORDERED.

                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**

2