UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARACELIS LIRANZO, et al.,

                              Plaintiffs,

    -v-

FEE TRANSPORTATION SERVICES, INC. d/b/a FROZEN
FOOD EXPRESS, et al.,

                            Defendants.

CIVIL ACTION NO. 25 Civ. 10034 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 22, 2026, the Court scheduled an in-person initial case management conference for March 3, 2026, at 3:00 p.m. ET (the "Conference"). (Dkt. No. 9 (the "Scheduling Order")). Pursuant to the Scheduling Order, the parties' deadline to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") was February 24, 2026. (Dkt. No. 9 at 2). To date, the parties have not filed the PCMP.

As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the PCMP to **February 27, 2026**. The Court warns the parties that failure to file the PCMP by **February 27, 2026** may result in the Court cancelling the Conference.

Dated:      New York, New York
              February 25, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**