UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARACELIS LIRANZO, et al.,

<div style="margin-left:2em">Plaintiffs,</div>

-v-

FEE TRANSPORTATION SERVICES, INC. d/b/a FROZEN
FOOD EXPRESS, et al.,

<div style="margin-left:2em">Defendants.</div>

CIVIL ACTION NO. 25 Civ. 10034 (DEH) (SLC)

**ORDER RESCHEDULING
TELEPHONE CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a conflict in the Court's calendar, the telephone conference to discuss the status of discovery scheduled for August 4, 2026, at 2:15 p.m. ET, (Dkt. No. 16), is **RESCHEDULED** to **August 4, 2026 (the same day) at 10:00 a.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:    New York, New York
          June 30, 2026

<div style="text-align:center">SO ORDERED.</div>

SARAH L. CAVE
United States Magistrate Judge