UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARACELIS LIRANZO, et al.,

Plaintiffs,

-v-

FEE TRANSPORTATION SERVICES, INC. d/b/a FROZEN FOOD EXPRESS, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 10034 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on August 4, 2026 at 10:00 a.m. ET (the "Conference") to discuss the status of discovery. (Dkt. No. 17). Counsel for Defendant FFE Transportation Services, Inc. d/b/a Frozen Food Express and counsel for Counter Defendant Aracelis Liranzo appeared at the Conference. Counsel for Plaintiffs Aracelis Liranzo and Benjamin Lopez (together, "Plaintiffs") did not appear at the Conference. Following the Conference, the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may do so using the annexed form.
2. Given that counsel for Plaintiffs did not appear at the Conference, counsel for Plaintiffs may file a letter by **August 7, 2026** providing an update on discovery from Plaintiffs' perspective.
3. The deadline to complete fact discovery, including depositions, is **EXTENDED** to **September 14, 2026**.

4. The deadline for the parties to file a letter certifying the completion of fact discovery is **EXTENDED** to **September 21, 2026**.
5. The deadline to complete expert discovery is **EXTENDED** to **November 30, 2026**.
6. The deadline for the parties to file a letter certifying the completion of expert discovery is **EXTENDED** to **December 7, 2026**.
7. Another telephone conference to discuss the status of discovery is scheduled for **September 24, 2026, at 11:00 a.m. ET**, on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
August 4, 2026

SO ORDERED.

Sarah L Cave

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: __________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL