# Law Office of Andrew C. Laufer, PLLC

**264 West 10th Street, Suite 604**
**New York, NY 10018**
**(212) 422-1020 – Phone**
**(212) 422-1069 – Facsimile**
**www.lauferlawgroup.com**


The request at Dkt. No. 21 is **GRANTED**. The fact discovery deadline (Dkt. No. 18) is **EXTENDED** to **November 10, 2026** to allow Plaintiff to file and serve the amended complaint and conduct the deposition of Aaron Porter. The deadline for the parties to file a letter certifying the completion of fact discovery (id.) is also **EXTENDED** to **November 17, 2026**. Further, the telephone conference to discuss the status of discovery scheduled for September 24, 2026 at 11:00 a.m. ET (id.) is **ADJOURNED** to **October 28, 2026 at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The remaining deadlines in the Court's Order at Dkt. No. 18 shall remain in place. The parties should not expect any further extensions.

SO ORDERED. September 14, 2026

Sarah L. Cave
SARAH L. CAVE
United States Magistrate Judge

September 11, 2026

**VIA ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re**: Liranzo, et al v. Fee Transportation Services, Inc, et al
**Docket No**.: 25-cv-10034

Dear Judge Cave:

We represent Plaintiff in the referenced matter. We submit this correspondence to respectfully request an extension of the fact discovery deadline which is currently September 14, 2026.

To date, the parties have completed paper discovery and both plaintiffs have been deposed. Defendant FFE Transportation Services (hereinafter "FFE") driver has not. The parties are in the process of executing a stipulation to amend the complaint to add the driver, Aaron Porter in lieu of the named "John Doe" defendant.

Plaintiff will then file and serve the amended complaint. Defendant FFE will not produce Mr. Porter until the complaint is amended and served upon him. Mr. Porter is a current employee of FFE and listed as a witness on their Rule 26 initial disclosure.

Hence, plaintiff respectfully requests an additional 60 days to file and serve the amended complaint as well as conduct the deposition of Mr. Porter.

The parties have met and conferred and have consented to this application. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Andrew C. Laufer

Andrew C. Laufer

cc: All Counsel of Record (via ECF)