UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARACELIS LIRANZO, et al.,

Plaintiffs,

-v-

FEE TRANSPORTATION SERVICES, INC. d/b/a FROZEN FOOD EXPRESS, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 10034 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 18, 2026, the parties stipulated to amend the caption and pleadings to substitute "JOHN DOE" for Defendant Aaron Porter ("Porter") to represent the driver of the vehicle. (Dkt. No. 23 (the "Proposed Stipulation")). On the same day, the Court So Ordered the Proposed Stipulation. (Dkt. No. 24 (the "Stipulation")). Pursuant to the Stipulation, the parties agreed that Plaintiffs Aracelis Liranzo and Benjamin Lopez (together, "Plaintiffs") shall serve Porter with the amended complaint (Dkt. No. 26 (the "AC")). (Dkt. No. 24 at 2). On September 28, 2026, Plaintiffs requested a summons be issued to Porter (Dkt. No. 27), and on September 29, 2026, the Clerk of Court issued the summons to Porter. (Dkt. No. 28). To date, however, Plaintiffs have not filed proof of service of the AC on Porter. By **October 26, 2026**, Plaintiffs shall file proof of service of the summons and AC on Porter.

The Court further reminds the parties that the next telephone conference to discuss the status of discovery is scheduled for **October 28, 2026 at 11:00 a.m. ET** on the Court's conference line. (Dkt. No. 22). The parties are directed to call (855) 244-8681; access code: 2308 226 4654,

at the scheduled time. (Id.)

Dated: New York, New York
October 19, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**