UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARACELIS LIRANZO, et al.,

Plaintiffs,

-v-

FEE TRANSPORTATION SERVICES, INC. d/b/a FROZEN FOOD EXPRESS, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 10034 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on October 28, 2026 (the "Conference") to discuss the status of discovery. (Dkt. No. 22). Counsel for Plaintiffs Aracelis Liranzo ("Liranzo") and Benjamin Lopez ("Lopez," with Liranzo, "Plaintiffs"), counsel for Defendants FFE Transportation Services, Inc. d/b/a Frozen Food Express ("FFE") and Aaron Porter ("Porter"), and counsel for Counter Defendant Liranzo appeared at the Conference. Following the Conference, the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.
2. The Court reminds the parties that the deadline to complete fact discovery is **November 10, 2026**. (Dkt. No. 22).
3. The deadline for the parties to file a joint letter certifying the completion of fact discovery, or alternatively to file a joint letter updating the Court on what fact discovery remains and how much time the parties need to complete it, is **November 17, 2026**. (Dkt. No. 22).

4. The deadline to complete expert discovery is **EXTENDED** to **February 12, 2027**.
5. The deadline for the parties to file a joint letter certifying the completion of expert discovery is **EXTENDED** to **February 19, 2027**.
6. The trial ready date is **EXTENDED** to **April 30, 2027**.
7. Another telephone conference to discuss the status of discovery is scheduled for **January 7, 2027, at 12:30 p.m. ET**, on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
8. On October 26, 2026, Defendants filed an answer to the amended complaint (Dkt. No. 26 (the "AC")) and asserted a counterclaim against Liranzo. (Dkt. No. 31 at 10 (the "CC")). The Court reminds Liranzo that under Federal Rule of Civil Procedure 12(a)(1)(B), his deadline to respond to the CC is **November 16, 2026**. See Fed. R. Civ. P 12(a)(1)(B).
9. Pursuant to the Court's Order at Dkt. No. 29, Plaintiffs' deadline to file proof of service (the "PoS") of the AC on Porter was October 26, 2026. (Dkt. No. 29). Given that counsel for Porter stated on the record during the Conference that he has accepted service of the AC on behalf of Porter, Plaintiffs are not required to file the PoS and the Court deems the issue of service of the AC on Porter moot.

Dated: New York, New York
October 28, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**

(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL